```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0117--CR (JWS)
                                   "USA V RUFFY A. ALVAREZ ET AL"
                                       DEF 1.1 ALVAREZ, RUFFY A.

         In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 07/17/01
               Closed: 03/11/02
   No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date: 10/01/01
           Terminated: YES
  Needs interpreter: NO
    Counsel of record: Rex Lamont Butler
                       745 W. 4th Avenue, Suite 300
                       Anchorage, AK 99501
                       907-272-1497
                       FAX 907-276-3306
                       Serve: YES
                         Type: Retained
                         Role: Appeal


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Thomas C. Bradley
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                        Type: Not specified
                        Role: Other


   Counts re: DEF 1.1 ALVAREZ, RUFFY A.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 CONSPIRACY IN RELATION TO COCAINE TRAFFICKING (F) | Sentenced (70-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0117--CR (JWS)
                         "USA V RUFFY A. ALVAREZ ET AL"
                         DEF 2.1 MARTINEZ-MARTINEZ, FRANCISCO

       In public format, including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                 Filed: 07/17/01
                Closed: 03/11/02
   No. of Defendants: 2
       MJ Case Number:
                   AKA:
       Location status: Not specified
            Trial date:
            Terminated: YES
    Needs interpreter: YES
     Counsel of record: Mary C. Geddes
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3408
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Thomas C. Bradley
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Other


   Counts re: DEF 2.1 MARTINEZ-MARTINEZ, FRANCISCO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 CONSPIRACY IN RELATION TO COCAINE TRAFFICKING (F) | Sentenced (54-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0117--CR (JWS)
                            "USA V RUFFY A. ALVAREZ ET AL"

                       In public format, for all filing dates


  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 07/17/01
              Closed: 03/11/02
No. of Defendants: 2


Document #    Filed       Docket text

      1 -  1  07/17/01    [Re: DEF 1-2] PLF 1 Indictment.

   NOTE -  1  07/18/01    [Re: DEF 1] Issued WOA.

   NOTE -  2  07/18/01    [Re: DEF 2] Issued WOA.

      2 -  1  07/18/01    [Re: DEF 1-2] PMP Grand Jury Minutes; Indt secret; WOAs to issue; writ
                          of H/C ad pros to follow; no bail set (det per 18:3142); in state
                          custody.

      3 -  1  07/20/01    [Re: DEF 2] PLF 1 Petition for Writ of H/C Ad Prosequendem.

   NOTE -  3  07/24/01    Issued: Writ of H/C ad pros re: Def 2.

      4 -  1  07/24/01    [Re: DEF 2] AHB Order for issuance of writ of H/C ad pros.  cc: USA,
                          USM, PO

      5 -  1  07/24/01    [Re: DEF 2] AHB Minute Order that arr is set 11:15 a.m., 7/25/01.  cc:
                          USA, USM, PO

      6 -  1  07/26/01    DEF 2 Financial Affidavit.

      7 -  1  07/26/01    [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 8/8/01.
                          cc: USA, FPD

      8 -  1  07/26/01    [Re: DEF 2] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

      9 -  1  07/26/01    [Re: DEF 2] AHB Court Minutes [ECR: Pat Earl] of arr on Indt (held
                          7/25/01); FPD appointed; fin aff filed; def plead not guilty re: Ct 1 of
                          Indt; def detained; ptms due 8/8/01.

     10 -  1  07/26/01    [Re: DEF 2] Return of WOA executed on 7/25/01.

     10 -  2  07/26/01    Statistical Notice of Arrest.

   NOTE -  4  07/27/01    [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/26/01.

   NOTE -  5  07/27/01    Issued: Notice of Speedy Trial Act ddlns re: Def 2.

   NOTE -  6  07/27/01    Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

     11 -  1  07/27/01    [Re: DEF 1] JDR Order regarding preparation for trial; ptms due 8/13/01.
                          cc: USA, A. Lambert

     12 -  1  07/27/01    [Re: DEF 1] JDR Order of Detention Pending Hearing; det hrg set 7/30/01
                          at 9:00 a.m., before MJ Branson.  cc: USA, A. Lambert, USM, PO

     13 -  1  07/27/01    [Re: DEF 1] Return of WOA executed on 7/26/01.


ACMS: R_RDSDI              As of 01/30/06 at 1:22 PM by PAM                        Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A01-0117--CR (JWS)
                          "USA V RUFFY A. ALVAREZ ET AL"

                         In public format, for all filing dates


Document #   Filed      Docket text

   14 -   1  07/30/01   [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of det hrg (held
                        7/30/01); hrg cont to 8/1/01 at 10:00 a.m.; def detained.

   15 -   1  07/30/01   [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 10:00
                        a.m., 8/1/01.  cc: USA, A. Lambert, USM, PO

 NOTE -   7  08/01/01   [Re: DEF 1] Issued: Speedy Trial Notice Issued to Judge Sedwick. cc: Pam
                        Richter

   16 -   1  08/01/01   [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on
                        Indict (held 7/27/01); A. Lambert retained; def pled not guilty;
                        detention uncontested; def detained; detention hrg set for 7/30/01 at
                        9:00 p.m. before MJ Branson; cnsl advised of trial date 10/1/01; PTM's
                        due 8/14/01; Interpreter is not required for further proceedings. cc:
                        USA, A. Lambert, USM, USPO, Judge Sedwick

   17 -   1  08/01/01   [Re: DEF 1-2] JWS Minute Order re TBJ set for 10/1/01 at 9:00 a.m.; FPTC
                        set for 10/1/01 at 8:30 a.m. cc: USA, A. Lambert, FPD, USM, USPO, MJ
                        Branson, JC

   18 -   1  08/02/01   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, A. Lambert,
                        USM, PO

   19 -   1  08/02/01   USM Return of svc re: writ of hc ad prosequendum re: DEF 2 from CIPT to
                        USMS on 7/25/01.

   20 -   1  08/02/01   [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of cont det
                        hrg (held 8/1/01); crt approved third party custodian; def refused to
                        sign order setting conditions of release; def remanded w/att wit/exh
                        list.

   21 -   1  08/06/01   DEF 1 Attorney Appearance of Andrew J. Lambert.

   22 -   1  08/06/01   [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference.

   23 -   1  08/08/01   DEF 2 Unopposed motion for extension of time (to 8/15/01) to file
                        pretrial motions w/att aff.

   24 -   1  08/09/01   [Re: DEF 2] AHB Order granting motion Unopposed motion for extension of
                        time (to 8/15/01) to file pretrial (23-1).  cc: USA, FPD

   25 -   1  08/10/01   [Re: DEF 2] PLF 1 Certification of discovery.

   26 -   1  08/13/01   [Re: DEF 2] PLF 1 Stipulation pursuant to discovery conference.

   27 -   1  08/15/01   DEF 2 motion for extension of time (to 8/22/01) to file pretrial
                        motions.

   28 -   1  08/16/01   [Re: DEF 2] AHB Minute Order granting motion for extension of time (to
                        8/22/01) to file pretrial motions (27-1); ptms now due COB 8/22/01; cnsl
                        for def to serve plf by hand/fax delivery; govt's oppos due COB 8/29/01;
                        cnsl for def put on notice that absent showing of good cause further
                        requests for extension of time will not be viewed in a favorable light.
                        cc: USA, FPD

   29 -   1  08/22/01   DEF 2 motion to extend pretrial motions deadline by one additional
                        business day w/att aff of cnsl.

ACMS: R_RDSDI                 As of 01/30/06 at 1:22 PM by PAM                       Page 2
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A01-0117--CR (JWS)
                                  "USA V RUFFY A. ALVAREZ ET AL"

                              In public format, for all filing dates

Document #    Filed       Docket text

   30 -    1  08/24/01    [Re: DEF 2] AHB Minute Order granting motion to extend pretrial motions
                          deadline by one additional business day (29-1); ptms now due COB
                          8/23/01; oppo(s) due COB 8/30/01.  cc: USA, FPD

   31 -    1  08/29/01    DEF 2 Notice of Intent to change plea.

   32 -    1  08/30/01    [Re: DEF 2] JWS Minute Order setting PCOP hrg on 9/5/01 at 8:00 a.m..
                          cc: USA, M. Geddes, USM, USPO, JC, MJ Branson

   33 -    1  08/30/01    [Re: DEF 2] PLF 1 proposed questions for inclusion in rule 11 colloquy.

   34 -    1  09/05/01    [Re: DEF 2] JWS Court Minutes [ECR: Denali Elmore] re: PCOP hrg held
                          9/5/01; DEF 2 pled guilty to ct 1 of Indt; IOS set 11/14/01 at 8:00
                          a.m.. cc: USA, M. Geddes, USM, USPO, MJ Branson, JC

   35 -    1  09/21/01    DEF 1 Proposed Jury Instructions.

   36 -    1  09/21/01    [Re: DEF 1] Proposed Voir Dire.

   37 -    1  09/24/01    [Re: DEF 1] PLF 1 Proposed Jury Instructions.

   38 -    1  09/25/01    [Re: DEF 1] PLF 1 Proposed Voir Dire.

   39 -    1  09/26/01    [Re: DEF 1] PLF 1 Trial Brief.

   40 -    1  09/26/01    DEF 1 opposition to govt's req for a Jewell deliberate ignorance
                          instruction w/att memo.

   41 -    1  09/27/01    [Re: DEF 1] PLF 1 motion on shortened time to compel trial testimony.

   42 -    1  09/27/01    [Re: DEF 1] JWS Order granting motion on shortened time to compel trial
                          testimony (41-1). cc: USA, A. Lambert, FPD

   43 -    1  10/02/01    [Re: DEF 1] PLF 1 motion (application) to use DEPS.

   43 -    2  10/03/01    [Re: DEF 1] JWS Order granting motion (application) to use DEPS (43-1).
                          cc: USA, A. Lambert, DEPS Clerk

   44 -    1  10/03/01    not used

   46 -    1  10/04/01    [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons/elisa
                          Singelton/Denali Elmore] re: TBJ day 2 (held 10/2/01); crt to reconvene
                          10/3/01 at 9:00 a.m. w/att jury note.

   47 -    1  10/04/01    [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re TBJ day 3 (held
                          10/3/01); def found guilty; w/att list of exhibits & witness & jury
                          notes. cc: USA, A. Lambert, USM, USPO, MJ Branson

   48 -    1  10/04/01    [Re: DEF 1] Jury Instructions.

   49 -    1  10/04/01    [Re: DEF 1] Verdict re def found GUILTY.

   50 -    1  10/05/01    [Re: DEF 1] JWS Minute Order setting ios 12/14/01 at 8:00. cc:  USA,
                          USM, PO, A. Lambert, MJ Branson

   51 -    1  11/07/01    DEF 2 Sentencing Memorandum.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A01-0117--CR (JWS)
                 "USA V RUFFY A. ALVAREZ ET AL"

            In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 11/13/01 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 53 - 1 | 11/14/01 | [Re: DEF 2] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 11/14/01; def sentenced to 29 mos in prison; 36 mos SR; $100.00 SA; def remanded to custody of USM. |
| 54 - 1 | 11/14/01 | [Re: DEF 2] JWS Judgment pleaded guilty to ct 1 of the Indt (1-1); DEF 2 sentenced to 29 mos in prison; 36 mos SR; $100.00 SA. cc: USA, FPD, USM, USPO, FLU, Def w/cnsls cy, MJ Branson |
| 55 - 1 | 11/29/01 | DEF 1 Sentencing Memorandum. |
| 56 - 1 | 11/30/01 | DEF 1 motion for substitution of counsel of R. Butler for A. Lambert. |
| 57 - 1 | 12/04/01 | [Re: DEF 1] JWS Order granting motion for substitution of counsel (56-1); R. Butler substituted for A. Lambert. cc: USA, A. Lambert, R. Butler, USPO |
| 58 - 1 | 12/10/01 | DEF 1 Unopposed motion on shortened time for continuance of 12/14/01 sentencing w/att aff. |
| 59 - 1 | 12/11/01 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time for continuance of 12/14/01 sentencing (58-1); IOS is reset for 1/10/02 at 8:30 a.m.. cc: USA, R. Butler, USM, USPO, MJ Branson |
| 60 - 1 | 12/18/01 | [Re: DEF 2] Partial Transcript re: IOS held 11/14/01. |
| 61 - 1 | 01/02/02 | DEF 1 Unopposed motion on shortened time for continuance of 1/10/02 IOS w/att aff. |
| 62 - 1 | 01/03/02 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time for continuance of 1/10/02 IOS (61-1); IOS reset for 2/26/02 at 8:00 a.m.. cc: USA, R. Butler, USM, USPO, MJ Branson |
| 63 - 1 | 01/18/02 | DEF 1 motion (request) for evidentiary hearing on acceptance of responsibility w/att aff. |
| 64 - 1 | 02/04/02 | [Re: DEF 1] JWS Minute Order granting mot (req) for evid hrg on acceptance of responsibility (63-1); 2/26/02 IOS cont to 3/6/02 at 10:00 a.m.. cc: USA, R. Butler, USM, USPO, MJ Branson |
| 65 - 1 | 03/05/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 66 - 1 | 03/05/02 | DEF 1 Unopposed motion for continuance of sentencing scheduled for 3/6/02 w/att aff. |
| 66 - 2 | 03/05/02 | DEF 1 Unopposed motion on shortened time re: unopposed motion to continue IOS w/att aff. |
| 67 - 1 | 03/06/02 | [Re: DEF 1] JWS Order granting unoppo mot for continuance of sentencing scheduled for 3/6/02 (66-1), unoppo mot on shortened time re: unopposed motion to continue (66-2); 3/6/02 IOS reset for 3/8/02 at 9:30 a.m.. cc: USA, R. Butler, USM, USPO, MJ Branson |
| 68 - 1 | 03/07/02 | DEF 1 Notice of filing letters in support of DEF 1. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0117--CR (JWS)
                            "USA V RUFFY A. ALVAREZ ET AL"
```

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 69 - 1 | 03/08/02 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 3/8/02; def sentenced to 70 mos in prison; 60 mos SR; $100.00 SA; def remanded to custody of USM; oral mot for interpreter denied. |
| 70 - 1 | 03/11/02 | [Re: DEF 1] JWS Judgment found guilty on ct 1 of Indt (1-1); def sentenced to 70 mos in prison; 60 mos on SR; $100.00 SA. cc: USA, R. Butler, USM, USPO, Def w/cnsls cy, FLU, MJ Branson |
| 71 - 1 | 03/13/02 | DEF 1 appeal to 9CCA of (70-1) filed 03/11/02. cc: USA, R. Butler, USM, Judge Sedwick, 9CCA |
| NOTE - 8 | 03/14/02 | Notation (re: Appeal): (forwarded motion on shortened time appt cnsl to 9CCA) |
| NOTE - 10 | 03/14/02 | not used. |
| NOTE - 14 | 03/14/02 | Transmittal: Forwarded notice of appeal (71-1) to 9CCA. |
| 72 - 1 | 03/14/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (71-1) cc:cnsl, 9CCA, Judge Sedwick, ECR |
| NOTE - 9 | 04/03/02 | Notation (re: Appeal): receipt # 00117223 for appeal forwarded to 9CCA. |
| 73 - 1 | 04/29/02 | [Re: DEF 1] Partial Transcript re: IOS held 3/8/02. |
| 74 - 1 | 05/17/02 | DEF 1 Transcript Designation/Order Form re: notice of appeal (71-1)transcripts requested. cc:ecr |
| 75 - 1 | 05/29/02 | [Re: DEF 1] Copy of Order from 9CCA that reimbursement vocher issued 3/19/02 is stricken; late designation shall be filed; transcripts now due 6/17/02; opening brief & excerpts of record are due 7/29/02;answering brief due 8/28/02; optional reply due 14 days from svc of answering brief. (71-1) cc:USA, R.Butler,Judge Sedwick, ECR |
| 76 - 1 | 06/26/02 | USM Return of svc on judgment re: DEF 1 executed on 5/23/02 to FCI Sheridan, Sheridan, OR. |
| 77 - 1 | 07/05/02 | [Re: DEF 1] Transcript of TBJ, Day 1 held 10/1/01 re: notice of appeal (71-1) |
| 78 - 1 | 07/05/02 | [Re: DEF 1] Transcript of TBJ, Day 2, held 10/2/01 re: notice of appeal (71-1). |
| 79 - 1 | 07/05/02 | [Re: DEF 1] Transcript of TBJ, day 3 held 10/3/01 re: notice of appeal (71-1). |
| 80 - 1 | 07/05/02 | [Re: DEF 1] Partial Transcript of IOS (1st portion) held 3/8/02 re: notice of appeal (71-1). |
| 81 - 1 | 07/17/02 | DEF 1 AMENDED Transcript Designation/Order Form re: notice of appeal (71-1). |
| 82 - 1 | 07/17/02 | [Re: DEF 1] cy 9CCA Certificate of Record. (71-1) cc: cnsl, Judge Sedwick, 9CCA (Original) |
| 83 - 1 | 08/19/02 | [Re: DEF 1] Copy of Order from 9CCA. Appellant's mot for appointment of cnsl is also construed as appellant's mot for leave to proceed in FP and |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A01-0117--CR (JWS)
                        "USA V RUFFY A. ALVAREZ ET AL"

                     In public format, for all filing dates

Document #    Filed      Docket text
                         mot by Mr. Butler to w/d as retained cnsl. Motion is granted. Clerk
                         shall amend the dkt to reflect the appellant is proceeding on appeal in
                         FP.  Cnsl to be appointed by separate order.  Clk to serve R.Curtner
                         (FPD) who will locate cnsl.  The district crt shall provide Clk of this
                         court w/name of appt cnsl.  The appellant's opening brief & excerpts are
                         due 10/15/02; appellee's answering brief is due 11/14/02; and the
                         optional reply brief is due w/i 14 days after service of the answering
                         brief.Clk to serve CJ24 & cert copy fo this order on Mr. Curtner (FPD)
                         (71-1). cc: USA, R. Butler, R. Curtner (FPD), Judge Sedwick

NOTE -   11   08/28/02   Notation (re: Appeal): forward CJA appt to 9CCA.

  84 -    1   08/28/02   [Re: DEF 1] CJA appointment of Rex Butler.

NOTE -   12   07/18/03   Transmittal: Forwarded D.C. record to 9CCA consisting of 2 volumes and 1
                         expando with transcripts (dkt 77,78,79,& 80).

NOTE -   13   07/29/03   Notation (re: Appeal): received notification from 9CCA that they
                         received 2 volumes, 4 expandos w/transcripts dkt 77,78,79 & 80.

  85 -    1   09/16/03   [Re: DEF 1] 9CCA Final Order re: notice of appeal (71-1) that the
                         district court's decision is AFFIRMED. cc: USA, R. Butler, Judge
                         Sedwick, USM

NOTE -   15   10/21/03   Notation (re: Appeal): Rec'd USDC record from 9CCA consisting of 2
                         original case vols and 1 expando.

NOTE -   16   07/14/04   {SEALED}

  86 -    1   07/14/04   {SEALED}

  87 -    1   11/24/04   {SEALED}

  88 -    1   01/21/05   PLF 1 Attorney Substitution of T. Bradley for M. Rosenbaum.

  89 -    1   01/21/05   [Re: DEF 2] PLF 1 motion to dismiss petition to revoke supervised
                         release.

  90 -    1   01/24/05   [Re: DEF 2] JWS Order granting motion to dismiss petition to revoke
                         supervised release (89-1).  The arrest warrant is quashed.  cc: AUSA,
                         USM, USPO, MJ Branson
```