PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ruffy Alvarez                              Case Number: **A01-117CR (JWS)**

Sentencing Judicial Officer:   John W. Sedwick Chief U.S. District Court Judge

Date of Original Sentence:   March 2, 2002

Original Offense:   Conspiracy in Relation to Cocaine Distribution

Original Sentence:   70 months jail, 5 years supervised release

Date Supervision Commenced: January 20, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall refrain from the unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens,* No.04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

*/s/ Travis Lyons*
Travis Lyons
U.S. Probation Officer
Date:  January 19, 2006

*Request for Modification of Conditions or Term*
*Name of Offender*   :   *Ruffy Alvarez*
*Case Number*   :   *A02-117 CR (JWS)*

Approved by:

*signature*

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other:

*signature*

John W. Sedwick
Chief U.S. District Court Judge

Date: 1-24-06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

**RECEIVED**

JAN 2 3 2006

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

CHAMBERS, U.S. DISTRICT JUDGE
JOHN W SEDWICK

**U.S.A. v Ruffy Alvarez**                                   Docket No. A01-117 CR(JWS)

I, Ruffy Alvarez, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision: The defendant shall refrain from the unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion of the probation officer.

Signed: _____   Date: 1-20-06
Ruffy Alvarez
Probationer or Supervised Releasee

Witness: _____   Date: 1-20-06
Travis Lyons
U.S. Probation/Pretrial Services Officer